IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-00659-FL-BM

| | |
|---|---|
| AALIYAH MCCLEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER FOR PAYMENT |
| | ) OF ATTORNEY FEES |
| | ) UNDER THE |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| CAROLYN COLVIN, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,075.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Cheryl O'Brien of the Law Offices of Kathleen Shannon Glancy, P.A., and mailed to her office at 114 S. Front Street, Wilmington, NC 28401, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 15th day of January, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge