UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| AALIYAH MCCLEAN, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner the Social Security )<br>        Defendant. | **JUDGMENT**<br><br>No. 7:24-CV-659-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 15, 2025, that defendant pay to plaintiff $3,075.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 15, 2025, and Copies To:**
Cheryl O'Brien (via CM/ECF Notice of Electronic Filing)
Mark Dorval / Wanda Mason (via CM/ECF Notice of Electronic Filing)


January 15, 2025                PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk